### In re SCHAPIRO.

(District Court, D. Maryland. January 8, 1923.)

Bankruptcy ⟨⟩191(1)—Levy of distraint warrant after bankruptcy does not create lien.

Distraint warrant issued before bankruptcy, but not levied until afterward, *held* not to create a lien.

In Bankruptcy. In the matter of Henry Schapiro, bankrupt. Order denying lien by levy of distraint warrant.

George O. Blome, of Baltimore, Md., for petitioner.
Baldwin & Sappington, of Baltimore, Md., for trustee.

ROSE, Circuit Judge. The question presented is whether a distraint, the warrant for which was issued before the filing of the petition in bankruptcy, but which was not levied until afterwards, constitutes any lien upon the property. The question is really answered by In re Chaudron & Peyton (D. C.) 180 Fed. 841. The distraint, being the act of the landlord, does not affect anything until it is actually levied, and so soon as the petition in bankruptcy is filed, the right to distrain is ended.

⟨⟩For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes